IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR587 |
| | ) | |
| v. | ) | |
| | ) | |
| COREY HENDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On March 1, 2010, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 58 ). Defendant was present and represented by James R. Kozel. Plaintiff was represented Susan T. Lehr, Assistant United States Attorney. The plaintiff made an oral motion to dismiss the Petition which was granted.

IT IS ORDERED that the Petition for Warrant for Offender Under Supervision is hereby dismissed and the defendant shall remain on supervised release under the same terms and conditions as originally imposed on September 3, 2004.

DATED this 2nd day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court